```
UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF OHIO
      WESTERN DIVISION
```

GREATER PENNSYLVANIA CARPENTERS

PENSION FUND

       Plaintiff ,

   v.                                     C-1-12-28

CHEMED CORP., et al

       Defendant

<u>ORDER</u>

The undersigned hereby **TRANSFERS** the above-captioned matter to the Clerk of Courts for **REASSIGNMENT**.

**IT IS SO ORDERED.**

                             <u>s/Herman J. Weber</u>
                             Herman J. Weber, Senior Judge
                             United States District Court