THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GREATER PENNSYLVANIA CARPENTERS PENSION FUND, | Civil Action No. 1:12-cv-00028 |
| | Judge Michael R. Barrett |
| Plaintiff, | |
| vs. | |
| CHEMED CORP., KEVIN MCNAMARA, DAVID WILLIAMS, and TIM O'TOOLE, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S LOCAL COUNSEL** |
| Defendants. | |

This is to advise the Court that Richard S. Wayne, William K. Flynn, Thomas P. Glass and the law firm of Strauss & Troy (collectively "Withdrawing Plaintiff's Counsel") hereby withdraw as Local Counsel for Plaintiff Greater Pennsylvania Carpenters Pension Fund ("Plaintiff") in the above matter. Withdrawing Plaintiff's Counsel request that their names be removed from the docket in this matter. Plaintiff will file a Substitution of other Local Counsel.

Dated: February 6, 2012

Respectfully submitted,

STRAUSS & TROY

/s/Richard S. Wayne
Richard S. Wayne Ohio Attorney No. 0022390
William K. Flynn Ohio Attorney No. 0029536
Thomas P. Glass Attorney No. 0062382
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 - Telephone
(513) 629-9426 - Facsimile
E-mail: *rswayne@strausstroy.com*
E-mail: *wkflynn@strausstroy.com*
E-mail: *tpglass@strausstroy.com*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 6th day of February, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The following parties will be served by ordinary United States mail, first class postage prepaid, this 6th day of February, 2012:

| | |
|---|---|
| Chemed Corporation<br>255 E. Fifth Street, Suite 2600<br>Cincinnati, OH  45202 | Kevin McNamara<br>c/o Chemed Corporation<br>255 E. Fifth Street, Suite 2600<br>Cincinnati, OH  45202 |
| David Williams<br>c/o Chemed Corporation<br>255 E. Fifth Street, Suite 2600<br>Cincinnati, OH  45202 | Tim O'Toole<br>c/o Chemed Corporation<br>255 E. Fifth Street, Suite 2600<br>Cincinnati, OH  45202 |

/s/Richard S. Wayne
Richard S. Wayne Ohio Attorney No. 0022390

2825494_1.DOC