UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| GREATER PENNSYLVANIA CARPENTERS PENSION FUND,<br><br>                      Plaintiff,<br><br>vs.<br><br>CHEMED CORP., KEVIN MCNAMARA, DAVID WILLIAMS, and TIM O'TOOLE,<br><br>                      Defendants. | Civil Action No. 1:12-cv-28<br>Judge Michael R. Barrett |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiff Greater Pennsylvania Carpenters Pension Fund, pursuant to S. D. Ohio Civ. R. 83.4(c)(1), hereby gives notice that Matthew R. Chasar and Joseph M. Sprafka, III of the law firm of Reardon & Chasar, LPA shall be substituted as trial attorneys/local counsel for Plaintiff and that Richard S. Wayne, William K. Flynn, and Thomas P. Glass of the law firm of Strauss & Troy, LPA hereby withdraw as trial attorneys/local counsel for Plaintiff.

Samuel H. Rudman and Evan J. Kaufman of the law firm of Robbins Geller Rudman & Dowd LLP shall remain as attorneys for Plaintiff.

An authorized representative of Plaintiff has signed this notice indicating this substitution is made with Plaintiff's knowledge and consent.

Dated: February 23, 2012           Respectfully submitted,

REARDON & CHASAR, LPA         STRAUSS & TROY, LPA

by    s/ Matthew R. Chasar             by    s/ Richard S. Wayne
      Matthew R. Chasar Bar No. 0075191       Richard S. Wayne Bar No. 0022390
Joseph M. Sprafka III Bar No. 0085175    William K. Flynn Bar No. 0029536
                                                                        Thomas P. Glass Bar No. 0062382

*Trial Attorneys for Plaintiff*               *Substituted Trial Attorneys for Defendants*

455 Delta Avenue, Suite 108               150 East Fourth Street
    Cincinnati, OH 45226                     Cincinnati, OH 45202
       (513) 827-6136                           (513) 621-2120
E-mail: *mrchasar@reardonchasar.com*      E-mail: *rswaye@strausstroy.com*
E-mail: *jmsprafka@reardonchasar.com*      Email: *wkflynn@strausstroy.com*
                                                             Email: *tpglass@strausstroy.com*

Samuel H. Rudman                        GREATER PENNSYLVANIA
Evan J. Kaufman                           CARPENTERS PENSION FUND
ROBBINS GELLER RUDMAN
& DOWD LLP                                     by _____
    58 South Service Road, Suite 200
       Melville, NY 11747
          (631) 367-7100
Email: *srudman@rgrdlaw.com*
Email: *ekaufman@rgrdlaw.com*

*Attorneys for Plaintiff*

Dated: February 22, 2012        Respectfully submitted,

| | |
|---|---|
| REARDON & CHASAR, LPA | STRAUSS & TROY, LPA |
| by    s/ Matthew R. Chasar | by    s/ Richard S. Wayne |
|        Matthew R. Chasar Bar No. 0075191 |        Richard S. Wayne Bar No. 0022390 |
| Joseph M. Sprafka III Bar No. 0085175 | William K. Flynn Bar No. 0029536 |
| | Thomas P. Glass Bar No. 0062382 |
| *Trial Attorneys for Plaintiff* | *Substituted Trial Attorneys for Defendants* |
| 455 Delta Avenue, Suite 108 | 150 East Fourth Street |
| Cincinnati, OH 45226 | Cincinnati, OH 45202 |
| (513) 827-6136 | (513) 621-2120 |
| E-mail: *mrchasar@reardonchasar.com* | E-mail: *rswaye@strausstroy.com* |
| E-mail: *jmsprafka@reardonchasar.com* | Email: *wkflynn@strausstroy.com* |
| | Email: *tpglass@strausstroy.com* |

Samuel H. Rudman
Evan J. Kaufman
ROBBINS GELLER RUDMAN
& DOWD LLP
    58 South Service Road, Suite 200
       Melville, NY 11747
         (631) 367-7100
Email: *srudman@rgrdlaw.com*
Email: *ekaufman@rgrdlaw.com*

*Attorneys for Plaintiff*

GREATER PENNSYLVANIA
CARPENTERS PENSION FUND

by _/s/ James R. Klein_

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been filed electronically with the U.S. District Court this 23rd day of February 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The following parties will be served by ordinary United States mail, first class postage prepaid, this 23rd day of February, 2012.

| | |
|---|---|
| Chemed Corporation<br>255 E. Fifth Street, Suite 2600<br>Cincinnati, OH 45202 | Kevin McNamara<br>c/o Chemed Corporation<br>255 E. Fifth Street, Suite 2600<br>Cincinnati, OH 45202 |
| David Williams<br>c/o Chemed Corporation<br>25 E. Fifth Street, Suite 2600<br>Cincinnati, OH 45202 | Tim O'Toole<br>c/o Chemed Corporation<br>25 E. Fifth Street, Suite 2600<br>Cincinnati, OH 45202 |

      /s/ Matthew R. Chasar
      Matthew R. Chasar Ohio Attorney No. 0075191