AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Greater Pennsylvania Carpenters Pension Fund <br> *Plaintiff* <br> v. <br> Chemed Corp., et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:12-cv-00028 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chemed Corp., Kevin McNamara, David Williams, Tim O'Toole

Date: 02/17/2012

s/Brian S. Sullivan
*Attorney's signature*

Brian S. Sullivan (0040219)
*Printed name and bar number*

Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202

*Address*

brian.sullivan@dinsmore.com
*E-mail address*

(513) 977-8200
*Telephone number*

(513) 977-8141
*FAX number*