UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GREATER PENNSYLVANIA CARPENTERS PENSION FUND, | : : : | Civil Action No. 1:12-cv-00028 (Judge Michael R. Barrett) |
| Plaintiff, | : : | |
| vs. | : : : | **MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY G. CAMERON** |
| CHEMED CORP., et al., | : : | |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Brian S. Sullivan, attorney for Defendants Chemed Corp., Kevin McNamara, David Williams, and Tim O'Toole, in the above-referenced action, hereby moves the Court to admit Timothy G, Cameron, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants Chemed Corp., Kevin McNamara, David Williams, and Tim O'Toole.

Movant represents that Timothy G. Cameron is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court and that Timothy G. Cameron is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Timothy G. Cameron understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Timothy G. Cameron's relevant identifying information is as follows:

Business telephone:    212-474-1000    Business Fax: 212-474-3700

Business Address:   Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Business e-mail address:   TCameron@cravath.com

Respectfully submitted,

s/ Brian S. Sullivan
Brian S. Sullivan (0040219)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone:    513-977-8200
Facsimile:   513-977-8141
Email:    brian.sullivan@dinsmore.com

Attorney for Defendants,
Chemed Corp., Kevin McNamara,
David Williams, and Tim O'Toole

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon All Counsel of Record by the Court's CM/ECF Electronic Filing System this 24th day of February, 2012.

s/ Brian S. Sullivan

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## TIMOTHY GRAY CAMERON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 22, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

February 10, 2012

_____
Clerk of the Court

8437