UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GREATER PENNSYLVANIA CARPENTERS PENSION FUND, | : : : | Civil Action No. 1:12-cv-00028 (Judge Michael R. Barrett) |
| Plaintiff, | : : | |
| vs. | : : | **CERTIFICATE OF SERVICE** |
| CHEMED CORP., et al., | : : : | |
| Defendants. | : | |

I hereby certify that a copy of the Notice of Appearance Form for Brian S. Sullivan (Doc. 6) was duly served upon All Counsel of Record by the Court's CM/ECF Electronic Filing System this 24th day of February, 2012.

        Respectfully submitted,

        s/ Brian S. Sullivan
        Brian S. Sullivan (0040219)
        DINSMORE & SHOHL LLP
        255 East Fifth Street, Suite 1900
        Cincinnati, OH  45202
        Phone:    513-977-8200
        Facsimile:    513-977-8141
        Email:    brian.sullivan@dinsmore.com

        Attorney for Defendants,
        Chemed Corp., Kevin McNamara,
        David Williams, and Tim O'Toole