UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GREATER PENNSYLVANIA CARPENTERS PENSION FUND,<br><br>      Plaintiff,<br> vs.<br><br>CHEMED CORP., KEVIN MCNAMARA, DAVID WILLIAMS, and TIM O'TOOLE,<br>      Defendants. | Case No.: 1:12-cv-28<br><br>Honorable Michael R. Barrett<br><br>**NOTICE OF APPEARANCE** |

  Jeffrey S. Goldenberg and Todd B. Naylor of the law firm of Goldenberg Schneider, LPA, located at One West Fourth Street, 18th Floor, Cincinnati, Ohio 45202, hereby give notice that they will be appearing as counsel for Electrical Workers Pension Fund, Local 103, I.B.E.W. and Greater Pennsylvania Carpenters Pension Fund.

            /s/ Jeffrey S. Goldenberg
            Jeffrey S. Goldenberg (0063771)
            Todd B. Naylor (0068388)
            Goldenberg Schneider, LPA
            One West Fourth Street, 18th Floor
            Cincinnati, Ohio 45202
            Phone: (513) 345-8291
            Fax: (513) 345-8294
            Email: jgoldenberg@gs-legal.com
                tnaylor@gs-legal.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Notice of Appearance was electronically filed on March 12, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

            /s/ Jeffrey S. Goldenberg
            Jeffrey S. Goldenberg