**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| GREATER PENNSYLVANIA      . <br> CARPENTERS PENSION FUND | Case No.  1:12cv028 |
| Plaintiff, | Judge Michael R. Barrett |
| -vs- | |
| CHEMED CORP., et al. | |
| Defendants. | |

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF CHRISTOPHER J. KELLER

Before the Court is the March 20, 2012, Motion for Admission *Pro Hac Vice* of Christopher J. Keller.  (Doc. 17).

The Court finds that Christopher J. Keller is an attorney in good standing admitted by the Supreme Court of the State of New York.   Counsel consents to be subject to the jurisdiction and rules of this District governing professional conduct.

Having satisfied the requirements of S.D. Ohio L.R. 83  for admission *Pro Hac Vice*, the March 20, 2012, Motion for Admission *Pro Hac Vice* of Christopher J. Keller as **CO-COUNSEL** for representation of Plaintiffs in this matter **ONLY**, is hereby GRANTED.

In the event *Pro Hac Vice* counsel has not yet received a login and password from the Clerk of Courts, they should  promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov. Specifically, all counsel should, if able, register for electronic filing,

which also enable counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby **DIRECTED** to serve Christopher J. Keller with all future pleadings, documents, orders and other materials in this matter.

**IT IS SO ORDERED**.

s/ Michael R. Barrett
MICHAEL R. BARRETT, Judge
United States District Court
