UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GREATER PENNSYLVANIA CARPENTERS PENSION FUND,<br><br>      Plaintiff,<br>vs.<br><br>CHEMED CORP., KEVIN MCNAMARA, DAVID WILLIAMS, and TIM O'TOOLE,<br><br>      Defendants. | Case No.: 1:12-cv-28<br><br>Honorable Michael R. Barrett<br><br>MOTION FOR ADMISSION OF SAMUEL H. RUDMAN |

  Pursuant to S.D. Ohio Civ. R. 83.3(e) of this Court, Jeffrey S. Goldenberg, counsel for Plaintiffs, hereby moves the Court for admission pro hac vice of attorney Samuel H. Rudman of Robbins Geller Rudman & Dowd, LLP, 58 South Service Road, Suite 200, Melville, NY 11747; (631) 367-7100 (phone); (631) 367-1173 (fax); SRudman@rgrdlaw.com, to appear and participate as counsel for Plaintiffs in this action.  Samuel H. Rudman is a member in good standing of the bar of the highest court of the State of New York, as established by the current certification attached hereto.

                Respectfully submitted,

                 s/Jeffrey S. Goldenberg
                Jeffrey S. Goldenberg (0063771)
                Goldenberg, Schneider, LPA
                One West Fourth Street, 18th Floor
                Cincinnati, Ohio 45202
                Tel: (513) 345-8291
                Fax: (513) 345-8294
                **Counsel for Plaintiffs**

{00029049; 1}

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          s/ Jeffrey S. Goldenberg

{00029049; 1}