UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re CHEMED CORP. SECURITIES LITIGATION | ) No. 1:12-cv-00028-MRB <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) Judge Michael R. Barrett <br> ) |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Amended Complaint ("Unopposed Motion").  (Doc. 31).  Pursuant to the agreement of the parties and for good cause shown, the Unopposed Motion is hereby **GRANTED**.  Plaintiffs shall file and serve an amended complaint on or before **June 18, 2012**, and Defendants shall file and serve any answer, motion to dismiss, or other response on or before **August 17, 2012**.  The Court's Scheduling Order filed on April 9, 2012 (Doc. 30) is otherwise unchanged and remains in effect.

**IT IS SO ORDERED.**

                                                                                 s/ Michael R. Barrett_____
                                                                                 Michael R. Barrett, Judge
                                                                                 United States District Court