UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re CHEMED CORP.
SECURITIES LITIGATION

:
:
:
:
:
:

Case No. 1:12-cv-28
(Judge Michael R. Barrett)

**DEFENDANTS' MOTION FOR ADDITIONAL PAGES**

Pursuant to Local Rule 7.2, Defendants seek an order for an increase in the page limit for their Memorandum of Law in Support of their Motions to Dismiss Plaintiffs' Amended Complaint which will be filed on or before August 17, 2012. Given the complexity of the claims, the number of allegations set forth in Plaintiffs' Amended Complaint and Defendants' intention to file one consolidated Memorandum of Law on behalf of all Defendants, Defendants seek an additional ten (10) pages such that the consolidated Memorandum of Law shall not exceed thirty (30) pages in length.

Pursuant to Local Rule 7.3, counsel for Defendants has consulted with Plaintiffs' counsel and Plaintiffs do not oppose this Motion. In the event that the Court is inclined to grant Defendants' request, Plaintiffs also request an additional ten (10) pages such that their Memorandum of Law in Opposition shall not exceed thirty (30) pages. Defendants do not oppose that request.

A proposed order is being sent contemporaneously herewith.

Respectfully submitted,

s/ Brian S. Sullivan
Brian S. Sullivan (0040219)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Phone:  513-977-8200
Facsimile:  513-977-8141
Email:  brian.sullivan@dinsmore.com

and

Timothy G. Cameron, Esq. (*admitted pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Attorneys for Defendants,
Chemed Corp., Kevin Mcnamara, David Williams, and Tim O'Toole

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following by the Court's CM/ECF Electronic Filing System this 15th day of August, 2012:

Jeffrey S. Goldenberg, Esq.
Todd B. Naylor, Esq.
GOLDENBERG SCHNEIDER, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio  45202-3604
***Liaison Counsel for the Class***

Samuel H. Rudman
Evan J. Kaufman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, New York  11747

Christopher J. Keller, Esq.
Jonathan Gardner, Esq.
Mark S. Goldman, Esq.
Carol C. Villegas, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005

***Co-Lead Counsel for the Class***

s/ Brian S. Sullivan