UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re CHEMED CORP.
SECURITIES LITIGATION

Case No. 1:12-cv-28
(Judge Michael R. Barrett)

**ORDER GRANTING DEFENDANTS'
MOTION FOR ADDITIONAL PAGES**

This matter is before the Court on Defendant's Motion for Additional Pages. (Doc. 36). For good cause shown, the Court grants Defendants' Motion. Defendants' consolidated Memorandum in Support of their Motions to Dismiss Plaintiffs' Amended Complaint shall not exceed thirty (30) pages. It is also ordered that Plaintiffs' Memorandum in Opposition to Defendants' Motions shall not exceed thirty (30) pages.

**IT IS SO ORDERED.**

s/ Michael R. Barrett
Michael R. Barrett, Judge
United States District Court