UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re CHEMED CORP. | : | Case No. 1:12-cv-28 |
| SECURITIES LITIGATION | : | (Judge Michael R. Barrett) |
| | : | |
| | : | **ORDER GRANTING DEFENDANTS'** |
| | : | **MOTIONS TO DISMISS PLAINTIFFS'** |
| | : | **AMENDED COMPLAINT** |
| | : | **[DOC. NO. _____]** |

This matter having come before the Court upon Defendants' Motions to Dismiss Plaintiffs' Amended Complaint, and the Court having considered the matter and being sufficiently advised,

IT IS HEREBY ORDERED that Defendants' Motions to Dismiss Plaintiffs' Amended Complaint are hereby GRANTED and Plaintiffs' Amended Complaint is dismissed with prejudice.

_____
Judge Michael R. Barrett