UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re CHEMED CORP. SECURITIES LITIGATION | No. 1:12-cv-00028-MRB (Judge Michael R. Barrett)<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS** |

Pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 7.3(a), Defendants Chemed Corp., Kevin McNamara, David Williams and Timothy O'Toole (collectively, "Defendants") move for an extension of an additional eleven days from the date contemplated by the Court's pre-trial scheduling order (ECF No. 30) to file their Reply Memorandum of Law in Further Support of Their Motions to Dismiss Plaintiffs' Amended Complaint. If granted, that would mean that Defendants must file their Reply Memorandum on or before November 26, 2012.

This is Defendants' first request for an extension of time to file their Reply Memorandum. Plaintiffs do not oppose the extension.

A proposed order is being submitted contemporaneously.

2

**MEMORANDUM IN SUPPORT**

Under the Court's scheduling order dated April 9, 2012 (ECF No. 30), Defendants must file and serve their Reply Memorandum in further support of their motions to dismiss by November 15, 2012. Counsel for Defendants respectfully seek an extension of that deadline in light of the disruptive effects of Hurricane Sandy in New York City and its environs. As a result of the Hurricane, the offices of Defendants' New York counsel were closed and electrical power was lost through much of New York City. Public transportation was also disrupted. Given the disruption caused by Hurricane Sandy, which precluded Defendants' counsel from working on the Reply Memorandum, Defendants respectfully request that they be granted an extension of time up to and including Monday, November 26, 2012, to file their Reply Memorandum.

This is Defendants' first request for an extension of time to file their Reply Memorandum. As required by Local Rule 7.3(a), Defendants' counsel have consulted with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose the extension.

Dated: November 8th, 2012.

DINSMORE & SHOHL LLP

By    s/ Brian S. Sullivan
Brian S. Sullivan (0040219)
Member of the Firm

255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200
brian.sullivan@dinsmore.com

*Trial Attorney for Defendants*

Timothy G. Cameron
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1120
tcameron@cravath.com

*Attorney for Defendants*
*Admitted Pro Hac Vice*