UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| In re CHEMED CORP. SECURITIES LITIGATION | No. 1:12-cv-00028-MRB<br>(Judge Michael R. Barrett)<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS**<br>**[DOCUMENT NO. 41]** |
|---|---|

For good cause shown, the Court hereby grants Defendants' Unopposed Motion for Extension of Time to File Their Reply Memorandum in Further Support of Their Motions to Dismiss, and hereby ORDERS Defendants to file and serve their Reply Memorandum on or before November 26, 2012.

                                                  */s/ Michael R. Barrett*
                                                  UNITED STATES DISTRICT JUDGE