UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re CHEMED CORP. SECURITIES LITIGATION | ) No. 1:12-cv-00028-MRB ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) Judge Michael R. Barrett ) ) ) |

**NOTICE OF LITIGATION RECENTLY FILED BY**
**UNITED STATES DEPARTMENT OF JUSTICE**

Lead Plaintiffs file this notice to bring to this Court's attention a complaint filed in the United States District Court for the Western District of Missouri, Western Division on May 2, 2013, by the Unites States of America against Chemed Corporation and numerous Vitas entities, titled *United States of America v. Vitas Hospice Services, L.L.C, et al.*, 4:13-cv-00449-BCW (the "DOJ Complaint"; attached as Exhibit 1 hereto). The DOJ Complaint alleges facts similar to those alleged by Lead Plaintiffs here, including, among other things, that Chemed and Vitas:

> submitted or caused the submission of false claims to the Medicare program by both: (a) billing Medicare for more costly crisis care services when certain patients did not need crisis care services or when Vitas, in fact, did not provide such services, or Vitas provided inappropriate medical care, and (b) admitting certain patients who were not eligible to receive hospice services (instead of curative care), because the patients did not have a life expectancy of six months or less if their illnesses ran their normal course. Chemed and Vitas also submitted or caused to be submitted fraudulent records and statements in support of their false claims for payment to the Medicare Program.

Exhibit 1 at ¶9. Lead Plaintiffs are in the process of reviewing and analyzing the DOJ Complaint and are considering seeking leave of Court to file an amended complaint. Lead Plaintiffs expect to be in position to report back to the Court on this matter within one week.

DATED:  May 3, 2013                     Respectfully submitted,

GOLDENBERG SCHNEIDER, LPA
JEFFREY S. GOLDENBERG (0063771)


*/s/ Jeffrey S. Goldenberg*
JEFFREY S. GOLDENBERG

One West Fourth Street, 18th Floor
Cincinnati, OH  45202-3604
Telephone:  513/345-8297
513/345-8294 (fax)
E-mail:  jgoldenberg@gs-legal.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:  srudman@rgrdlaw.com
E-mail:  ekaufman@rgrdlaw.com

LABATON SUCHAROW LLP
JONATHAN GARDNER
MARK S. GOLDMAN
CAROL C. VILLEGAS
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
E-mail:  jgardner@labaton.com
E-mail:  mgoldman@labaton.com
E-mail:  cvillegas@labaton.com

*Co-Lead Counsel for Plaintiff*

- 3 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

               s/ Jeffrey S. Goldenberg