IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GREATER PENNSYLVANIA
CARPENTERS PENSION FUND, et al.,

Case No.  1:12cv028

          Plaintiffs,

Judge Michael R. Barrett

-vs-

CHEMED CORP.,

          Defendant.

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE*  ELLEN GUSIKOFF STEWART

Before the Court is the January 16, 2014 Motion for Admission *Pro Hac Vice* of Ellen Gusikoff Stewart.  (Doc. 53).

The Court finds that Ellen Gusikoff Stewart is an attorney in good standing admitted by the Supreme Court of the State of California.  Counsel consents to be subject to the jurisdiction and rules of this District governing professional conduct.

Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the January 16, 2014 Motion for Admission *Pro Hac Vice* of  Ellen Gusikoff Stewart, as **CO-COUNSEL** for representation of Plaintiffs in this matter **ONLY**, is hereby **GRANTED**.

In the event *Pro Hac Vice* counsel has not yet received a login and password from the Clerk of Courts, they should promptly comply with the Court's "Electronic Filing

1

Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov. Specifically, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby **DIRECTED** to serve Ellen Gusikoff Stewart with all future pleadings, documents, orders and other materials in this matter.

**IT IS SO ORDERED**.

    s/ Michael R. Barrett
    MICHAEL R. BARRETT, Judge
    United States District Court