UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| In re CHEMED CORP. SECURITIES LITIGATION | ) ) ) | No. 1:12-cv-00028-MRB |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | Judge Michael R. Barrett |
| ALL ACTIONS. | ) ) ) | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs hereby move this Court, pursuant to Fed. R.

Civ. P. 23(e) for an order preliminarily approving the settlement of the above-entitled action.  This

motion is based on the accompanying memorandum of law, the Stipulation and Agreement of

Settlement dated February 6, 2014, the pleadings, rulings and other papers on file, and such other

matters as may be presented to the Court.  Defendants do not oppose this motion.

DATED:  February 6, 2014                      Respectfully submitted,

GOLDENBERG SCHNEIDER, LPA
JEFFREY S. GOLDENBERG (0063771)
TODD B. NAYLOR (0068388)
One West Fourth Street, 18th Floor
Cincinnati, OH  45202-3604
Telephone:  513/345-8297
513/345-8294 (fax)
E-mail:  jgoldenberg@gs-legal.com
E-mail:  tnaylor@gs-legal.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
EDWARD Y. KROUB
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:  srudman@rgrdlaw.com
E-mail:  ekaufman@rgrdlaw.com
E-mail:  ekroub@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  elleng@rgrdlaw.com

LABATON SUCHAROW LLP
JONATHAN GARDNER
CHRISTOPHER J. KELLER


                    s/ Jonathan Gardner per e-mail authorization
                         JONATHAN GARDNER

140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
E-mail:  jgardner@labaton.com
E-mail:  ckeller@labaton.com

Co-Lead Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 6, 2014.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  elleng@rgrdlaw.com

906001_1

# Mailing Information for a Case  1:12-cv-00028-MRB Greater Pennsylvania Carpenters Pension Fund v. Chemed Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel Ann Avan**
  ravan@labaton.com

- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,dlisner@cravath.com,bmcnamara@cravath.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Jeffrey Scott Goldenberg**
  jgoldenberg@gs-legal.com,jmcilvain@gs-legal.com,cpence@gs-legal.com

- **Evan J Kaufman**
  EKaufman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher J Keller**
  ckeller@labaton.com

- **Todd B Naylor**
  tnaylor@gs-legal.com,svaaler@gs-legal.com,cpence@gs-legal.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **Ellen G. Stewart**
  elleng@rgrdlaw.com

- **Michael W Stocker**
  mstocker@labaton.com

- **Brian Scott Sullivan**
  brian.sullivan@dinsmore.com

- **Carol C Villegas**
  cvillegas@labaton.com

- **Nicole M. Zeiss**
  nzeiss@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)