# EXHIBIT A-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re CHEMED CORP. SECURITIES LITIGATION | No. 1:12-cv-00028-MRB |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION,
PROPOSED SETTLEMENT AND SETTLEMENT HEARING**

TO: **ALL PERSONS OR ENTITIES WHO PURCHASED CHEMED CORPORATION ("CHEMED") CAPITAL STOCK DURING THE PERIOD FROM FEBRUARY 15, 2010 THROUGH MAY 2, 2013, INCLUSIVE, AND WHO WERE DAMAGED THEREBY.**

YOU ARE HEREBY NOTIFIED, pursuant to Rules 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a settlement for $6 million has been proposed by the parties.  A hearing will be held before the Honorable Michael R. Barrett in the United States District Court for the Southern District of Ohio, Western Division, at __:____ __.m., on _____, 2014, to, among other things: determine whether the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; determine whether, thereafter, this Action should be dismissed with prejudice as to the Defendants and as set forth in the Stipulation and Agreement of Settlement, dated as of February 6, 2014; determine whether the proposed Plan of Allocation for distribution of the settlement proceeds should be approved as fair and reasonable; and consider the application of Co-Lead Counsel for an award of attorneys' fees and payment

of litigation expenses.  The Court may change the date of the hearing without providing another notice.

IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.  If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting the Claims Administrator:

*In re Chemed Corporation Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 990
Corte Madera, CA  94976-0990
www.chemedsecuritiessettlement.com

Inquiries, other than requests for the forms of Notice and Proof of Claim may be made to Co-Lead Counsel:

| | |
|---|---|
| Evan J. Kaufman | Jonathan Gardner |
| Robbins Geller Rudman & Dowd LLP | Labaton Sucharow LLP |
| 58 South Service Road, Suite 200 | 140 Broadway, 34th Floor |
| Melville, NY 11747 | New York, NY 10005 |
| (800) 449-4900 | (888) 219-6877 |

To participate in the Settlement, you must submit a Proof of Claim to the Claims Administrator **no later than _____, 2014**.  If you are a Settlement Class Member and do not exclude yourself from the Settlement Class, you will be bound by the Order and Final Judgment of the Court.  To exclude yourself from the Settlement Class, you must submit a written, signed request for exclusion so that it is **received by the Claims Administrator no later than _____, 2014**.  Any objections to the Settlement must be filed with the Court and sent to counsel **no later than**

2

_____, **2014**.  If you are a Settlement Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be bound by the Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.

DATED: _____  BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO